ORIGINAL

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 18 2020

at 3 o'clock and 46 min. P M
MICHELLE RYNNE, CLERK

USDC NOV 18 '20 3:46PM

KRISTOPHER KEALOHA #A0265817
Name and Prisoner/Booking Number
HALAWA CORR. FACILITY
Place of Confinement
99-902 MOANALUA RD
Mailing Address
AIEA HI 96701
City, State, Zip Code

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

KRISTOPHER KEALOHA
(Full Name of Plaintiff)

Case No. 20-00309 JMS-RT
(To be supplied by the Clerk)

vs.

ACO UTU
ACO ARCALAS
SHELLEY HARRINGTON
EVERETT KANINAU
(Full Names of Defendants; DO NOT USE *et al.*)
SEE ADDITIONAL DEFENDANTS

**PRISONER CIVIL RIGHTS COMPLAINT**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint
DEMAND FOR JURY TRIAL

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

a. ☒ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
c. ☐ Other: (Please Specify) ______

USDC NOV 18 '20 3:45PM

2. Plaintiff: KRISTOPHER KEALOHA

Institution/city where violation occurred: OAHU COMM. CORR. CTR. - HONOLULU, HAWAII, HALAWA CORR. FACILITY

3. First Defendant *: ACO UTU

This defendant is a citizen of (state and county) HONOLULU HAWAII, and is employed as: ADULT CORRECTION OFFICER (Position and Title) at OAHU COMMUNITY CORR. CENTER (Institution).

This defendant is sued in his/her X individual ___ official capacity (check one or both). Explain how

# ADDITIONAL DEFENDANTS

5. SCOTT HARRINGTON (WARDEN, HALAWA CORR. FAC)
6. RANDY GALARSA (RETIRED)
7. DOES 1-5 (UNIDENTIFIED)

All THE DEFENDANTS ARE CITIZENS OF HONOLULU HAWAII AND IS OR WAS EMPLOYED IN VARIOUS CAPACITIES AS STATE EMPLOYEES FOR THE DEPARTMENT OF PUBLIC SAFETY FOR THE STATE OF HAWAII AND IS SUED IN THEIR INDIVIDUAL CAPACITY.

1983 FORM Rev. 01/2008

this defendant was acting under color of law:

_______________________________________________

_______________________________________________

4. Second Defendant: ACO ARCALAS

This defendant is a citizen of (state and county) HONOLULU HAWAII, and is employed as:

ADULT CORR. OFFICER at OAHU COMMUNITY CORR CENTER
(Position and Title) (Institution)

This defendant is sued in his/her X individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_______________________________________________

_______________________________________________

5. Third Defendant: SHELLEY HARRINGTON

This defendant is a citizen of (state and county) HONOLULU HAWAII, and is employed as:

PREA COORDINATOR at DPT OF PUBLIC SAFETY
(Position and Title) (Institution)

This defendant is sued in his/her X individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law:

_______________________________________________

_______________________________________________

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

* A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was actually involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the office or position the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

"Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

2. If your answer is yes, how many?: 0 Approx Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff KRISTOPHER KEALOHA

   Defendants LEE FIELDS

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): US. DISTRICT COURT OF HAWAII 05-00009 ACK-KSC

   c. Claims raised: DELIBERATE INDIFFERENCE

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) JUDGMENT FOR DEFENDANT

   e. Approximate date of filing lawsuit 01/05/05

   f. Approximate date of disposition 05/02/07

4. Second previous lawsuit:

   a. Plaintiff KRISTOPHER KEALOHA

   Defendants CLAYTON FRANK

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): US DISTRICT COURT OF HAWAII 07-00371 DAE-BMK

   c. Claims raised: INJUNCTIVE RELIEF

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED WITHOUT PREJUDICE — MOOTNESS

   e. Approximate date of filing lawsuit 07/11/07

   f. Approximate date of disposition 10/28/08

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

a. Plaintiff KRISTOPHER KEALOHA

Defendants STATE OF HAWAII DPT OF PUBLIC SAFETY, ET AL

b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county): US DISTRICT COURT OF HAWAII 09-00299 JMS-BMK

c. Claims raised: DELIBERATE INDIFFERENCE, STATE LAW CLAIMS

d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

SETTLEMENT

e. Approximate date of filing lawsuit JUNE 29 2009

f. Approximate date of disposition SEPTEMBER 27, 2010

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? X Yes ___No.

**If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).**

I DONT HAVE 3 STRIKES. THE RECORD STATING THAT I DO IS INACCURATE.

[signature]

#A0265017

FOURTH PREVIOUS LAWSUIT.

KRISTOPHER KEALOHA V. CLAYTON FRANK IN CASE NO 11. CV. 00431 DAE-BMK IN U.S. DISTRICT COURT OF HAWAII FOR DELIBERATE INDIFFERENCE, FAILURE TO PROTECT FILED JULY 6, 2011 AND DISMISSED ON JULY 19, 2011

FIFTH PREVIOUS LAWSUIT.

KRISTOPHER KEALOHA V. NOLAN ESPINDA IN CIVIL NO 16-CV-00486 JMS-KJM IN U.S DISTRICT COURT OF HAWAII FOR DELIBERATE INDIFFERENCE FILED SEPTEMBER 2, 2016 AND DISMISSED WITHOUT PREJUDICE BY PLAINTIFF

SIXTH PREVIOUS LAWSUIT

KRISTOPHER KEALOHA V. ELIZABETH CABRERA IN CIVIL NO 17. CV. 00570 HG-KSC IN US DISTRICT COURT OF HAWAII FOR FAILURE TO PROVIDE MEDICAL SERVICE. WAS DISMISSED FOR FAILURE TO STATE A CLAIM. I GOT A STRIKE.

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

DUE PROCESS CLAUSE (PRE-TRIAL DETAINEE)

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ____________________

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

I WAS ASSAULTED ON OR ABOUT JANUARY 28, 2019 WHILE AT THE FIRST CIRCUIT COURT BUILDING BY ANOTHER INDIVIDUAL WHILE I WAS IN FULL-RESTRAINTS, HANDCUFFS AND SHACKLES, BECAUSE ACO UTU AND ACO ARCALLAS SAID I WAS A "RAT". ACO UTU AND ACO ARCALLAS HANDCUFFED AND SHACKLED ME AND ORDERED AND/OR ALLOWED ANOTHER INDIVIDUAL WHO WASN'T HANDCUFFED AND SHACKLED TO ASSAULT ME. THIS ASSAULT HAPPENED TO ME WHILE I WAS ON PROTECTIVE

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, SERIOUS BODILY INJURY.

CUSTODY DUE TO ME BEING ASSAULTED BY ACO JEFFREY TAI (NOT A DEFENDANT IN THIS LAWSUIT)

I FILED A PRISON RAPE ELIMINATION ACT COMPLAINT BUT SHELLEY HARRINGTON REFUSED TO PROPERLY PROCESS MY COMPLAINT.

THERE IS A "DIRECTIVE" FROM WARDEN FRANCIS SEQUEIRA THAT I WASN'T SUPPOSED TO BE TRANSPORTED WITH ANY OTHER INMATES DATED 8/10/2018

1983 FORM Rev. 01/2008

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

DUE PROCESS CLAUSE (PRE-TRIAL DETAINEE)

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)

☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ____________

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

ON OR ABOUT APRIL 21, 2019 ACO EVERETT KANINAU CHOKED ME WITH A TOWEL CAUSING ME TO LOSE OXYGEN AND RESTRICT ME FROM BREATHING WHILE I WAS HANDCUFFED BEHIND MY BACK AND WITH SHACKLES ON MY LEGS. HE STATED "HOW WOULD YOU LIKE IT IF I FUCK YOUR ASS AND CHOKE YOU FROM BEHIND" HE DID THIS TO ME BECAUSE HE SAID I WAS A RAT. I FILED A PRISON RAPE ELIMINATION ACT COMPLAINT (PREA) BUT THE (PREA) COORDINATOR LT. RANDY GALARSA MADE A (PREA) MANDATED

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, SERIOUS BODILY INJURY, LOSS OF OXYGEN AND BREATH.

REPORT AND IN THAT REPORT HE STATED THAT IT'S "UNFOUNDED"
LT. RANDY GALARSA NOTIFIED ME OF HIS FINDINGS AND IT WAS BECAUSE WARDEN SCOTT HARRINGTON REFUSED TO SHOW HIM THE VIDEO FOOTAGE OF THE SURVEILLANCE CAMERA.
I APPEALED THE FINDINGS OF THE (PREA) REPORT IN A GRIEVANCE STATING THIS IS A COVER-UP BUT (PREA) COORDINATOR SHELLEY HARRINGTON REFUSED TO INVESTIGATE IT FURTHER SHE IS THE WIFE OF WARDEN SCOTT HARRINGTON

I FILED ADDITIONAL (PREA) COMPLAINTS AGAINST ACO EVERETT KANINAU FOR OTHER INCIDENTS THAT HAPPENED ON OR ABOUT JUNE 19, 2019 JUNE 23, 2019 JUNE 24, 2019 AND AUGUST 8, 2019 BUT THE SAME THING HAPPENED AGAIN.
WARDEN SCOTT HARRINGTON REFUSED TO SHOW (PREA) COORDINATOR LT. RANDY GALARSA THE VIDEO FOOTAGE OF THE SURVEILLANCE CAMERA AND SHELLEY HARRINGTON REFUSED TO INVESTIGATE IT FURTHER.
SHELLEY HARRINGTON CALLED ME A RAT IN FRONT OF INMATES ON OR ABOUT MARCH 28, 2019 AND THREATENED ME. I MADE A SHERIFF COMPLAINT AGAINST HER SD # 19-11550

1983 FORM Rev. 01/2008

## COUNT III

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

______________________________________________

______________________________________________

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count) ☐Mail ☐ Access to the court ☐Medical care ☐ Disciplinary proceedings ☐Property ☐ Exercise of religion ☐Retaliation ☐ Excessive force by an officer ☐Threat to safety ☐Other:______________

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

______________________________________________

______________________________________________

______________________________________________

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSATORY DAMAGES AND PUNITIVE DAMAGES

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this 05 day of NOVEMBER (month), 2020 (year).

[signature]

(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.